BRANDY A. SARGENT (SBN 292586)
K&L GATES LLP
ONE SW COLUMBIA STREET, SUITE 1900
Portland, Oregon  97204
Telephone: 503.226.5735
Facsimile:  503.248.9085
Email: brandy.sargent@klgates.com

MICHAEL J. GEARIN (*Admitted Pro Hac Vice*)
K&L GATES LLP
925 Fourth Avenue, Suite 2900
Seattle, Washington 98104
Telephone: (206) 623-7580
Email:  michael.gearin@klgates.com

Attorneys for Amazon Capital Services, Inc.
and Amazon.com Services, LLC

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# RIVERSIDE DIVISION

| | |
|---|---|
| In re:<br><br>OKAYSOU CORPORATION<br><br>      Debtor. | Case No.  6:23-bk-11535-MH<br><br>Chapter 7 |
| OKAYSOU CORPORATION,<br><br>      Plaintiff,<br><br>v.<br><br>AMAZON.COM SERVICES, LLC<br>AMAZON CAPITAL SERVICES, INC.<br>ATOMEE CORP.<br>FUDONG CAO<br>SOUXING INFORMATION TECHNOLOGY COMPANY (CHONGQING) CO. LTD.,<br><br>      Defendants. | Adv. Pro. No.  6:23-ap-01122-MH<br><br>**[PROPOSED] ORDER APPROVING AMENDED STIPULATION STAYING ADVERSARY PROCEEDING AND ASSOCIATED DEADLINES [DKT. NO. ]**<br><br>**[No hearing required]** |

**[PROPOSED] ORDER APPROVING AMENDED STIPULATION STAYING ADVERSARY PROCEEDING
AND ASSOCIATED DEADLINES [DKT. NO. ]**

The Court, having read and considered the Amended Stipulation Staying Adversary Proceeding and Associated Deadlines [Dkt. No. ] (the "Amended <u>Stipulation</u>") by and between Robert Whitmore, Chapter 7 Trustee of the estate of Okaysou Corporation, on the one hand, and Amazon.com Services, LLC and Amazon Capital Services, Inc., on the other hand, and good cause appearing therefore,

**IT IS HEREBY ORDERED**

    1.    The Amended Stipulation is approved;

    2.    The status hearing currently set for February 14, 2024 at 2:00 p.m. shall be continued to _____, 2024 at _:__ _.m.

###

2

**[PROPOSED] ORDER APPROVING AMENDED STIPULATION STAYING ADVERSARY PROCEEDING AND ASSOCIATED DEADLINES [DKT. NO. 4]**