1

BRANDY A. SARGENT (SBN 292586)
K&L GATES LLP

2

ONE SW COLUMBIA STREET, SUITE 1900
Portland, Oregon  97204

3

Telephone: 503.226.5735
Facsimile:  503.248.9085

4

Email: brandy.sargent@klgates.com

5

MICHAEL J. GEARIN (*Admitted Pro Hac Vice*)
K&L GATES LLP

6

925 Fourth Avenue, Suite 2900
Seattle, Washington 98104

7

Telephone: (206) 623-7580
Email:  michael.gearin@klgates.com

8

9

Attorneys for Amazon Capital Services, Inc.
and Amazon.com Services, LLC

**FILED & ENTERED**

**JAN 16 2024**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY craig       DEPUTY CLERK**

**CHANGES MADE BY COURT**

10

11

### UNITED STATES BANKRUPTCY COURT

12

### CENTRAL DISTRICT OF CALIFORNIA

13

### RIVERSIDE DIVISION

14

In re:

15

OKAYSOU CORPORATION

16

17

          Debtor.

18

OKAYSOU CORPORATION,

19

          Plaintiff,

20

v.

21

AMAZON.COM SERVICES, LLC
AMAZON CAPITAL SERVICES, INC.

22

ATOMEE CORP.
FUDONG CAO

23

SOUXING INFORMATION TECHNOLOGY
COMPANY (CHONGQING) CO. LTD.,

24

          Defendants.

25

Case No.  6:23-bk-11535-MH

Chapter 7

Adv. Pro. No.  6:23-ap-01122-MH

**ORDER APPROVING AMENDED
STIPULATION STAYING ADVERSARY
PROCEEDING AND ASSOCIATED
DEADLINES [DKT. NO. 6]**

**Continued Status Conference:**

Date: August 21, 2024
Time: 2:00 p.m.
Place: 3420 Twelfth St.
Riverside, CA 92501
Courtroom: 301

26

27

28

**[PROPOSED] ORDER APPROVING AMENDED STIPULATION STAYING ADVERSARY PROCEEDING
AND ASSOCIATED DEADLINES [DKT. NO. 6]**

1   The Court, having read and considered the Amended Stipulation Staying Adversary

2   Proceeding and Associated Deadlines [Dkt. No. 6] (the "Amended Stipulation") by and between

3   Robert Whitmore, Chapter 7 Trustee of the estate of Okaysou Corporation, on the one hand, and

4   Amazon.com Services, LLC and Amazon Capital Services, Inc., on the other hand, and good cause

5   appearing therefore,

6   **IT IS HEREBY ORDERED**

7          1.      The Amended Stipulation is approved;

8          2.      The status hearing currently set for February 14, 2024 at 2:00 p.m. shall be continued

9   to August 21, 2024 at 2:00 p.m.

###

Date: January 16, 2024

_Mark Houle_
Mark Houle
United States Bankruptcy Judge

2

**[PROPOSED] ORDER APPROVING AMENDED STIPULATION STAYING ADVERSARY PROCEEDING
AND ASSOCIATED DEADLINES [DKT. NO. 6]**