1  D. EDWARD HAYS, #162507
   ehays@marshackhays.com
2  TINHO MANG, #322146
   tmang@marshackhays.com
3  DEVAN DE LOS REYES, #355916
   ddelosreyes@marshackhays.com
4  MARSHACK HAYS WOOD LLP
   870 Roosevelt
5  Irvine, CA 92620
   Telephone: (949) 333-7777
6  Facsimile: (949) 333-7778

7  Attorneys for Plaintiff and Chapter 7 Trustee,
   ROBERT S. WHITMORE
8

9  UNITED STATES BANKRUPTCY COURT

10 CENTRAL DISTRICT OF CALIFORNIA – RIVERSIDE DIVISION

| | |
|---|---|
| In re<br><br>OKAYSOU CORPORATION,<br><br>Debtor.<br><br>ROBERT S. WHITMORE, Chapter 7 Trustee,<br><br>Plaintiff,<br><br>v.<br><br>AMAZON.COM SERVICES, LLC, AMAZON CAPITAL SERVICES, INC., SOUXING INFORMATION TECHNOLOGY COMPANY (CHONGQING) CO., LTD., ATOMEE CORP., FUDONG CAO, and DOES 1 to 10,<br><br>Defendant(s). | Case No. 6:23-bk-11535-MH<br><br>Chapter 7 (converted)<br><br>Adv. No. 6:23-ap-01122-MH<br><br>NOTICE OF CONTINUED STATUS CONFERENCE<br><br>*Continued* Status Conference<br>Date:         December 4, 2024<br>Time:         2:00 p.m.<br>Ctrm:         301<br>Location:    3420 Twelfth St.<br>                   Riverside, CA 92501 |

23

24 / / /

25 / / /

26 / / /

27 / / /

28 / / /

1
NOTICE OF CONTINUED STATUS CONFERENCE
4886-1415-5483,v.1

TO DEFENDANTS AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that on August 21, 2024, at 2:00 p.m., the Court conducted a status conference in this case. Appearances were as noted on the record. For the reasons stated on the record and in the joint status report filed by the parties, the Court continued the status conference to **December 4, 2024**, at **2:00 p.m.**, in Courtroom 301, of the above-referenced Court. A status report is due by November 27, 2024.

DATED:  August 23 2024                MARSHACK HAYS WOOD LLP

By: */s/ Tinho Mang*
    D. EDWARD HAYS
    TINHO MANG
    DEVAN DE LOS REYES
    Attorneys for Plaintiff and Chapter 7 Trustee,
    ROBERT S. WHITMORE

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
870 Roosevelt, Irvine, CA 92620

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF CONTINUED STATUS CONFERENCE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **August 23, 2024**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:
- ATTORNEYS FOR PLAINTIFF: Vahe Khojayan    vkhojayan@yklaw.us
- ATTORNEYS FOR PLAINTIFF: ROBERT S. WHITMORE, CHAPTER 7 TRUSTEE: Tinho Mang    tmang@marshackhays.com, tmang@ecf.courtdrive.com;alinares@ecf.courtdrive.com;cmendoza@ecf.courtdrive.com
- ATTORNEYS FOR DEFENDANT AMAZON.COM SERVICES, LLC and AMAZON CAPITAL SERVICES, INC.: Brandy A Sargent    brandy.sargent@klgates.com, litigation.docketing@klgates.com;janna.leasy@klgates.com
- U.S. TRUSTEE: United States Trustee (RS)    ustpregion16.rs.ecf@usdoj.gov

☐ Service information continued on attached page

**2**. **SERVED BY UNITED STATES MAIL**:
On (*date*) **August 23, 2024**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**Defendant** Fudong Cao, #56, Ruitian Rd., Yuzhong Dist., Chongqing, China 56,
**Defendant** Souxing Information Technology Company (Chongqing) Co., Ltd. #56, Ruitian Rd., Yuzhong Dist., Chongqing, China 56
**Defendant** Atomee Corp. c/o Incorp Services, Inc. 5716 CORSA AVE SUITE 110 WESTLAKE VILLAGE, CA 91362
**Defendant** Atomee Corp. c/o Fudong Cao 1968 S COAST HWY, STE 1141 , LAGUNA BEACH, CA 92651

☐ Service information continued on attached page

**3**. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **August 23, 2024**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.
**PRESIDING JUDGE'S COPY – via Overnight Mail**
Honorable Mark D. Houle
United States Bankruptcy Court, Central District of California
3420 Twelfth Street, Suite 325 / Courtroom 301
Riverside, CA 92501-3819

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| August 23, 2024 | Chanel Mendoza | */s/ Chanel Mendoza* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2017*                                                                                                        **F 7055-1.2.DEFAULT.JMT.MOTION**