D. EDWARD HAYS, #162507
ehays@marshackhays.com
TINHO MANG, #322146
tmang@marshackhays.com
DEVAN DE LOS REYES, #355913
ddelosreyes@marshackhays.com
MARSHACK HAYS WOOD LLP
870 Roosevelt
Irvine, CA 92620
Telephone: (949) 333-7777
Facsimile: (949) 333-7778

Attorneys for Plaintiff and Chapter 7 Trustee,
ROBERT S. WHITMORE

FILED & ENTERED

JAN 08 2025

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY jle    DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA – RIVERSIDE DIVISION

| | |
|---|---|
| In re<br><br>OKAYSOU CORPORATION,<br><br>Debtor. | Case No. 6:23-bk-11535-MH<br><br>Chapter 7 (converted)<br><br>Adv. No. 6:23-ap-01122-MH |
| ROBERT S. WHITMORE, Chapter 7 Trustee,<br><br>Plaintiff,<br><br>v.<br><br>AMAZON.COM SERVICES, LLC; AMAZON CAPITAL SERVICES, INC.; ATOMEE CORP.; FUDONG CAO; SOUXING INFORMATION TECHNOLOGY COMPANY (CHONGQING) CO. LTD.,<br><br>Defendants. | ORDER APPROVING STIPULATION TO EXTEND DEADLINE FOR (1) TRUSTEE TO FILE FIRST AMENDED ADVERSARY COMPLAINT; (2) AMAZON.COM SERVICES, LLC AND AMAZON CAPITAL SERVICES, INC. TO FILE ANSWER; AND (3) CONTINUING STATUS CONFERENCE<br><br>[STIPULATION – DOCKET NO. 19]<br><br>Continued Status Conference<br>Date:     April 16, 2025<br>Time:    2:00 p.m.<br>Ctrm:    301<br>Location: 3420 Twelfth St.<br>               Riverside, CA 92501 |

This Court has read and considered the Stipulation to Extend Deadline for (1) Trustee to File First Amended Adversary Complaint; (2) Amazon.Com Services, LLC and Amazon Capital Services, Inc. to File Answer; and (3) Continuing Status Conference, entered into by Robert S. Whitmore, in his capacity as the duly appointed and acting Chapter 7 trustee ("Trustee") for the bankruptcy estate of Okaysou Corporation ("Debtor"), Amazon.com Services ("Amazon") and Amazon Capital Services, Inc. ("ACS", with Amazon "Amazon Parties", with Trustee "Parties"),

1

filed on January 7, 2025, as Dk. No. 19 ("Stipulation"), and has found good cause to approve the Stipulation.

IT IS ORDERED that:

1. The Stipulation is approved.

2. Trustee may file an amended complaint no later than February 5, 2025.

3. The Amazon Parties' deadline to file a response to the amended complaint is March 7, 2025.

4. The status conference is continued to April 16, 2025, at 2:00 p.m.

###

Date: January 8, 2025

Mark Houle
United States Bankruptcy Judge

2